**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  MAY 3 1 2017  ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

**Esther Iliovits** individually
and all other similarly situated consumers,

          Plaintiff,

v.

**Forster & Garbus LLP**

          Defendant.

_____/

**STIPULATION OF DISMISSAL**

Case No. 1:16-cv-03183-WFK-CLP

## <u>JOINT STIPULATION FOR VOLUNTARY DISMISSAL</u>

COMES now plaintiff, and defendant, by and through their undersigned counsel, in the above-titled action and request entry of a Final Order of Dismissal with Prejudice in this matter, each party to bear its own costs and fees, and without prejudice as to the rights of any putative class members, if any.

Dated this 24th day of May 2017.

/s/ David Palace                       
David Palace, Esq.
Law Offices of David Palace
383 Kingston Avenue, #113
Brooklyn, NY  11213
Phone: (347) 651-1077
Fax: (347) 464-0012
Email: davidpalaceesq@gmail.com

Attorney for Plaintiff

/s/ Robert L. Arleo                    
Robert L. Arleo, Esq. P.C.
380 Lexington Avenue, 17th Fl.
New York, New York 10168
Phone: (212) 551-1115
Fax: (518) 751-1801
Email: robertarleo@gmail.com

Attorney for Defendant

The application is ____ granted.
SO ORDERED ____ denied.

s/ WFK

_____
William F. Kuntz, II, U.S.D.J.
Dated: MAY 30 2017
      Brooklyn, New York